UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

| | | |
|---|---|---|
| Edward Haeffer individually and on behalf of all others similarly situated | Plaintiffs | Docket No. 11 CV 6165 (JFB) (GRB) |
| -against- | | |
| NCO Financial Systems, Inc. | Defendants | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 19 2012 ★
LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to the named Plaintiff and without prejudice to the unnamed putative class members, and without costs to either party.

*The Clerk of the Court shall close the case.*

S//JOSEPH M. MAURO          4-19-2012
Joseph M. Mauro             Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S//AARON R. EASLEY          4-19-2012
Aaron R. Easley, Esq        Date

Date: April 19, 2012